THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL FRITZ, True Name PAUL FREDERICK FRITZ, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOANNE COURTWRIGHT, True Name JOANNE COURTRIGHT, Appellant.—

Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.